UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DUSTIN GRAHAM GILBERT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF MAINE, )<br>)<br>Defendant. ) | 2:22-cv-00350-JAW |

**ORDER AFFIRMING
RECOMMENDED DECISION**

The United States Magistrate Judge filed with the Court on February 14, 2023, his Recommended Decision. *Report and Recommended Decision After Review of Pl.'s Compl.* (ECF No. 14). Mr. Gilbert did not file any objection. The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and the Court made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision and determines that no further proceeding is necessary.

The Court AFFIRMS the Recommended Decision of the Magistrate Judge (ECF No. 14) and thereby DISMISSES Mr. Gilbert's complaint and supplements to the complaint (ECF No. 1, No. 8, No. 9, No. 10, and No. 13).

SO ORDERED.

                                    <u>/s/ John A. Woodcock, Jr.</u>
                                    JOHN A. WOODCOCK, JR.
                                    UNITED STATES DISTRICT JUDGE

Dated this 10th day of March, 2023